UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40114 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| NATHAN PAUL GRONDAHL, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Nathan Paul Grondahl.

On or about November 22, 2019, I left my home in St. Cloud, Minnesota, and knowingly traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor who had not attained the age of 18 years old. At that time, I was 24 years old and I knew the minor was 13 years old.

I met the minor on social media and had been communicating with her for a couple of days. She was aware I was coming to her hometown in South Dakota to have sexual relations with her.

During my communications with her online, I requested that the minor send me photos of herself that showed her genital areas without clothes.

All of my actions were in violation of 18 U.S.C. § 2423(b).

The defendant further stipulates and agrees that the following property was used or intended to be used in the commission of the offense described above:

1. Samsung GSM Galaxy Note 8 cell phone with MEID (serial number): 089790951206836533.

DENNIS R. HOLMES
Acting United States Attorney

March 17, 2021
Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2351
Facsimile: (605) 330-4410
E-Mail: Jeff.Clapper@usdoj.gov

3/17/21
Date

Nathan Paul Grondahl
Defendant

3-17-2021
Date

Matthew M. Powers
Attorney for Defendant